Robert J. Bergson (RB-5271)
ABRAMS GARFINKEL MARGOLIS BERGSON, LLP
237 West 35th Street
Fourth Floor
New York, NY 10001
Telephone: (212) 201-1170
Attorneys for Defendant Eichenbaum & Stylianou, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JONATHAN FLORO, on his own behalf and on
behalf of all others similarly situated

                                    Plaintiff,

        v.

EICHENBAUM & STYLIANOU, LLC,.

                                    Defendant.

----------------------------------------x

Case No.: 07 CV 6894
(SCR/MDF)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for defendant Eichenbaum & Stylianou, LLC certifies as follows:

Eichenbaum & Stylianou, LLC does not have a parent corporation and no public corporation

owns stock or membership interests therein.

Dated: New York, New York
       August 21, 2007

                                    ABRAMS GARFINKEL
                                    MARGOLIS BERGSON, LLP

                                    By:  _____
                                         Robert J. Bergson (RJB-5271)
                                         237 West 35th Street
                                         Fourth Floor
                                         New York, NY 10001
                                         (212) 201-1170

                                    *Attorneys for Defendant*
                                    *Eichenbaum & Stylianou, LLC*