UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Jonathan Floro, on his own behalf and on
behalf of all others similarly situated,

        Plaintiff(s),　　　　　　　　　　07 Civ. 6894 (KMK)(MDF)

-against-

Eichenbaum & Stylianou, LLC,　　　　　　　CALENDAR NOTICE

        Defendant(s).

------------------------------------------------------X

Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Motion/Summary Judgment) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Friday, December 7, 2007 at 11:00 a.m.** in the United States Courthouse for the Southern District of New York, Courtroom 521, 300 Quarropas Street, White Plains, New York.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: November 1, 2007
       White Plains, New York

                                  So Ordered

                                  Kenneth M. Karas, U.S.D.J